THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS MARMOL MARTINEZ | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:15-02544 |
| | § | (JURY) |
| v. | § | |
| | § | COLLECTIVE ACTION |
| MAYOR'S MACHINE WORKS, INC.; | § | |
| O&C EQUIPMENT, INC.; JULIAN | § | |
| MONTEMAYOR, INDIVIDUALLY AND | § | |
| D/B/A MAYOR'S MACHINE WORKS, | § | |
| INC. AND O&C EQUIPMENT, INC. | § | |
| | § | |
| Defendants. | § | |

CONSENT PLAINTIFF LUIS ESCOBEDO'S
UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE KEITH P. ELLISON:

Consent Plaintiff Luis Escobedo ("Escobedo") files this Unopposed Motion to Dismiss Without Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure as follows:

1.    Consent Plaintiff Luis Escobedo does not wish to pursue his claims at this time.

2.    As such, Consent Plaintiff Luis Escobedo requests that the Court dismiss his claims without prejudice.

3.    This dismissal does not affect the claims of any other Plaintiff or Consent Plaintiff currently pending in the lawsuit.

Respectfully submitted,

 /S/ Mark Siurek
Mark Siurek
TBA# 18447900
Federal ID# 9417
3334 Richmond, Suite 100
Houston, Texas  77098
713-522-0066 (telephone)
713-522-9977 (fax)
msiurek@warrensiurek.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF

OF COUNSEL:

WARREN & SIUREK, L.L.P.
Patricia Haylon
TBA# 09281925
Federal ID# 13941
3334 Richmond, Suite 100
Houston, Texas 77098
713-522-0066 (telephone)
713-522-9977 (fax)
Thaylon@warrensiurek.com


<u>CERTIFICATE OF DELIVERY</u>

    I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion to Dismiss Without Prejudice was sent to the following by fax or email on May 26, 2016, properly addressed as follows:

Mark Levine (mlevine@wkpz.com)
Amanda Gutierrez (agutierrez@wkpz.com)
Weyser, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza, Suite 1400
Houston, Texas 77046-1104


           /S/ Mark Siurek
              Mark Siurek