United States District Court
Southern District of Texas
**ENTERED**
May 25, 2016
David J. Bradley, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LUIS MARMOL MARTINEZ | § |
| | § |
|     Plaintiff, | § CIVIL ACTION NO. 4:15-02544 |
| | §      (JURY) |
| v. | § |
| | § COLLECTIVE ACTION |
| MAYOR'S MACHINE WORKS, INC.; | § |
| O&C EQUIPMENT, INC.; JULIAN | § |
| MONTEMAYOR, INDIVIDUALLY AND | § |
| D/B/A MAYOR'S MACHINE WORKS, | § |
| INC. AND O&C EQUIPMENT, INC. | § |
| | § |
|     Defendants. | § |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Consent Plaintiff Luis Escobedo's Motion to Dismiss Without Prejudice is hereby granted.

It is Ordered that the claim of Consent Plaintiff Luis Escobedo is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. The claims of Luis Marmol Martinez, William Kzcprzynski, Marlon Jerezano and Simon Perez are unaffected by this Order.

SIGNED: May 25, 2016

KEITH P. ELLISON
U.S. DISTRICT JUDGE